JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSHUA A. PEERMAN, | Case No. 5:18-cv-01955-PA (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: September 18, 2018

_____
PERCY ANDERSON
United States District Judge